

## NUMBER 13-10-00564-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

QUALITY POWDER COATING
MANAGEMENT, L.L.C., QUALITY POWDER
COATING I, L.L.C., AND THE ESTATE
OF ROLAND SCHURRER, DECEASED,                                    Appellant,

v.

MUSE LIMITED, INC.,                                              Appellee.

### On appeal from the 445th District Court of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Vela
### Memorandum Opinion Per Curiam

This case is before the Court on a joint motion to remand pursuant to settlement. The parties have reached an agreement with regard to the disposition of the matters currently on appeal.   Pursuant to agreement, the parties request this Court to set aside

the trial court's judgment dated June 28, 2010, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

The joint motion to remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Any pending motions are dismissed as moot. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
20th day of January, 2011.